UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:16-CR-00034

18 U.S.C. § 922(k)
18 U.S.C. § 924(a)(1)(B)
18 U.S.C. § 924(c)(1)(A)(i)

CHRISTOPHER AYASH

# I N F O R M A T I O N

The United States Attorney Charges:

## COUNT ONE

1.  On or about October 7, 2015, at or near Saint Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER AYASH did knowingly possess a firearm, that is, a Ceska Zbrojovka 7.65 pistol, which had the manufacturer's serial number obliterated and altered, and which firearm had been shipped and transported in interstate commerce.

2.  At the time defendant CHRISTPOHER AYASH possessed said firearm, he knew the manufacturer's serial number had been obliterated and altered.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT TWO

On or about October 7, 2015, at or near Saint Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER AYASH did knowingly possess the following firearms:

(a) Kel-Tech P380T, .38 caliber handgun;
(b) Glock 17, 9mm handgun;
(c) Ruger SP101, 357 Magnum revolver;
(d) Springfield Armory XD, .45 caliber handgun;
(e) Ruger P93DC, 9mm handgun; and
(f) Smith & Wesson M&P Shield, .40 caliber handgun;

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, manufacturing cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

UNITED STATES OF AMERICA

CAROL A. CASTO
Acting United States Attorney

By: *[signature]*
C. HALEY BUNN
Assistant United States Attorney